178 So.2d 655

**CITY OF NEW ORLEANS and Health Department, City of New Orleans,**

v.

**DEGELOS BROS. GRAIN CORPORATION.**

No. 47860.

Sept. 30, 1965.

In re: Degelos Bros. Grain Corporation applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans, 175 So.2d 351.

Writ refused. No error of law under the facts found by the Court of Appeal.

178 So.2d 655

**Percy DAIGLE**

v.

**Tom COBB et al.**

No. 47862.

Sept. 30, 1965.

In re: Percy Daigle applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans, 175 So.2d 392.

Writ refused. There is no error of law in the ruling complained of.